UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:16-cv-791-D

| | | |
|---|---|---|
| CHAD CALLOWAY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| THE CITY OF GOLDSBORO, SCOTT STEVENS, individually and in his Official Capacity as the City Manager, MIKE WEST In his Official Capacity of Chief of Police Of the Goldsboro Police Department, and JEFFREY R. STEWART, individually and in his Official Capacity as the former Chief of the Goldsboro Police Department, | ) ) ) ) ) ) ) ) ) | |
| Defendants | ) | |

This cause came on before the undersigned on Motion of the Defendants for an Order Staying Discovery and the requirement of a Rule 26 conference until this Court has ruled on the Partial Motion to Dismiss [D.E. 14] previously filed by Defendants. Counsel for the Plaintiff has been consulted and has consented to the entry of this Order. This Court finds it proper to enter this Order in order to prevent unnecessary discovery. Accordingly, it is ORDERED ADJUDGED AND DECREED that discovery is stayed during the pendency of the Partial Motion to Dismiss. Furthermore, the parties are not obligated to conduct their Rule 26 conference until 30 days after this Court has entered its Order on the pending Partial Motion to Dismiss.

SO ORDERED. This 23 day of January 2017.

JAMES C. DEVER III
Chief United States District Judge